82,303-01

Njong MEL # 1947433

To court of criminal Appeals: To Clerk of court of Appeals.

I am He, by sending This letter for change of Address

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

my New Address:

500 Fm 45 EAST

Brownwood Tx 76801.

So any information about my Appeals would be sent to me. and Thank you.

Date 2-15-015